THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* VINCENT BURKE, FRED TOPEL and FRANK MANISCALCO, Respondents.

(Argued April 22, 1935; decided April 30, 1935.)

*William Copeland Dodge, District Attorney* (*Philip A. Donahue* of counsel), for appellant.

*Ilo Orleans* for Fred Topel, respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J. CRANE, Ch. J., dissents in the following memorandum, in which HUBBS, J., concurs: CRANE, Ch. J. (dissenting). For men and women to appear naked in a gymnasium, to which admittance is gained by the payment of a fee, in my judgment " openly outrages public decency," and is a violation of sections 43, 1140 and 1530 of the Penal Law. I dissent and vote for the affirmance of the convictions of these defendants.